**Order entered October 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01084-CV

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A
### PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### LAURA CONSTANTINO, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02236-I**

## ORDER

We **GRANT** the parties' October 11, 2013 joint motion for an extension of time to file appellee's brief and appellant's reply brief. Appellee shall file her brief on or before November 1, 2013. Appellant shall file any reply brief on or before December 10, 2013. We caution the parties that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      DAVID LEWIS
           JUSTICE